UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FADYA CONTRERAS DE RONDON

    Petitioner,

VS.                                CASE NO. 6:26-cv-260-JA-RMN

WARDEN, BROWARD
TRANSITIONAL CENTER;
TREYMANE ANGLIN; LOUIS A.
QUINONES, JR.; GARRETT J.
RIPA; and KRISTI NOEM

    Respondents.

## TEMPORARY RESTRAINING ORDER

Before the Court is Petitioner's emergency motion for a temporary restraining order (TRO). (Doc. 2). For the reasons stated in *Rondon Rodriguez v. Quinones*, No. 6:26-cv-238 (Doc. 7), Respondents are TEMPORARILY RESTRAINED AND ENJOINED from moving Petitioner out of the detention facility in which she is being held until further order of the Court. No bond is required as the Court deems it unnecessary. This TRO expires Friday, February 13, 2026, at 11:59 p.m., unless extended.

The Clerk of Court is **DIRECTED** to serve a copy of the Petition (Doc. 1), motion (Doc. 2), and this Order on Respondents as soon as possible via the following means:

(1) Immigration and Customs Enforcement (ICE) (attn to the Assistant Field Office Directors) via email at MIAAOR-Habeas-DG@ice.dhs.gov;

(2) United States Attorney's Office (USAO) via email at USAFLM.Orlando2241@usdoj.gov, usafls-immigration@usdoj.gov, and usafls-2255@usdoj.gov;

(3) Courtesy copies via email to the Orange County jail and the Broward Transitional Center at email addresses on file with the Clerk's office;

(4) Courtesy copy to the United States Marshal Service (USMS) via email at usms-mfl-orl@usdoj.gov;

(5) Copies via certified mail to the USAO and the United States Attorney General (USAG) at physical addresses on file with the Clerk's office.

Respondents are **DIRECTED** to respond in writing to the Petition by Thursday, February 5, 2026, at 12:00 p.m.: (1) asserting the statutory basis for Petitioner's detention; (2) showing cause why the Court should not grant the Petition and issue an injunction; and (3) advising the name and location of the facility where Petitioner is currently located.

**DONE** and **ORDERED** on February 2rd, 2026 at 3 : 49 p.m.

JOHN ANTOON II
United States District Judge

Copies furnished to:

2

Counsel of Record
Respondents

3