# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FADYA CONTRERAS DE RONDON
    Petitioner,

VS.                                        CASE NO. 6:26-cv-260-JA-RMN

WARDEN, BROWARD
TRANSITIONAL CENTER;
TREYMANE ANGLIN; LOUIS A.
QUINONES, JR.; GARRETT J.
RIPA; and KRISTI NOEM
    Respondents.

_____

## ORDER

Petitioner is directed to file a written response to Respondents' response (Doc. 9) **within five days of this Order** addressing the issues raised by Respondents—including the significance of an arrest warrant signed by an immigration officer.

**DONE** and **ORDERED** on February 5, 2026.

                                                  JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:
Counsel of Record
Respondents