UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FADYA CONTRERAS DE RONDON,

    Petitioner,

VS.                                                             CASE NO. 6:26-cv-260-JA-RMN

WARDEN, BROWARD
TRANSITIONAL CENTER;
TREYMANE ANGLIN; LOUIS A.
QUINONES, JR.; GARRETT J.
RIPA; and KRISTI NOEM,

    Respondents.
_____

### ORDER AND NOTICE OF HEARING

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) and emergency motion for a temporary restraining order (TRO) (Doc. 2). The Government has filed a response (Doc. 9), to which Petitioner has filed a reply (Doc. 11).

1. This matter is **SET** for an evidentiary hearing on **Thursday, February 12, 2026, at 3:00 p.m.** in Courtroom 6B of the Orlando Federal Courthouse.

2. Petitioner's presence is **REQUIRED** at the hearing. The Court **ISSUES** a Writ of Habeas Corpus Ad Testificandum as follows:

    a. TO: Warden, Broward Transitional Center;

    b. TO: Immigration and Customs Enforcement (ICE);

    c. TO: ICE Field Office Director, Orlando Field Office; and

    d. TO: Any United States Marshal.

It appearing to the Court that Fadya Contreras de Rondon, a material witness in this cause, is now confined in the Broward Transitional Center, and that this case is set for a hearing before this Court in Courtroom Number 6B, United States Courthouse, 6th Floor, 401 W. Central Boulevard, Orlando, Florida 32801 at 3:00 p.m. on Thursday, February 12, 2026, now therefore,

THIS IS TO COMMAND YOU, U.S. Immigration and Customs Enforcement (ICE), or their designee(s) at the Broward Transitional Center, that you have the body of the said Fadya Contreras de Rondon, now in the custody of the Broward Transitional Center and ICE, and confined in the Broward Transitional Center, Pompano Beach, Florida, and you shall produce her under safe and secure conduct before this Court in Courtroom Number 6B, United States Courthouse, 6th Floor, 401 W. Central Boulevard, Orlando, Florida 32801, at 3:00 p.m. on Thursday, February 12, 2026, or at such other time as the Court may direct, to testify, participate, and view the proceedings in this cause; and

THIS IS TO FURTHER COMMAND ICE, or their designee(s) at the Broward Transitional Center, that you shall maintain continuous custody and control of the body of the said Fadya Contreras de Rondon at all times while she is being transported to and present in the United States Courthouse for proceedings in this cause; and

THIS IS TO FURTHER COMMAND the United States Marshal or his designee(s) that although ICE, or their designee(s) at the Broward Transitional Center, shall at all times maintain custody and control of the body of the said Fadya Contreras de Rondon, you shall be present in the courtroom at all times that the body of the

said Fadya Contreras de Rondon is in the courtroom and shall remain with the body of the said Fadya Contreras de Rondon at all times that she is present in the United States Courthouse, except when she is secured in the holding cell of the United States Marshal; and

THIS IS TO FURTHER COMMAND ICE, or their designee(s) at the Broward Transitional Center, that, absent an order otherwise, the body of said Fadya Contreras de Rondon shall be removed from the United States Courthouse at the close of each day during the pendency of these proceedings, and shall be returned to the United States Courthouse, 401 W. Central Boulevard, Orlando, Florida at 8:30 a.m. each day (or at such other time as the Court may direct), until the conclusion of these proceedings, if necessary.

3. The Clerk is DIRECTED to serve copies of the above-issued Writ on:

    a. The Orange County Jail/Warden's Office at michele.carpentieree@ocfl.net;

    b. The Orange County Sheriff's Office—Legal Services at so-as-legalservices@ocsofl.com and OCCDRecords@ocfl.net;

    c. The United States Marshal Service; and

    d. Broward Transitional Center Warden's Office at any email addresses on file with the Clerk's office and by certified mail at any physical addresses on file with the Clerk's Office.

4. An interpreter's services are **REQUIRED** at the hearing.

5. The Temporary Restraining Order (Doc. 5) is amended to permit Respondents to temporarily move Petitioner from the Broward Transitional Center for the explicit limited purpose of producing

3

Petitioner for the evidentiary hearing set before this Court on February 12, 2026, at 3:00 p.m.

**DONE** and **ORDERED** on February 9th, 2026.

*[signature]*
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Respondents

4