# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

FADYA CONTRERAS DE RONDON,

    Petitioner,

VS.                                    CASE NO. 6:26-cv-260-JA-RMN

WARDEN, BROWARD
TRANSITIONAL CENTER;
TREYMANE ANGLIN; LOUIS A.
QUINONES, JR.; GARRETT J.
RIPA; and KRISTI NOEM,

    Respondents.
_____

## ORDER AND INJUNCTION

Before the Court is Fadya Contreras de Rondon's (Ms. Contreras de Rondon) Petition for Writ of Habeas Corpus (Doc. 1) and emergency motion for a temporary restraining order (TRO) (Doc. 2).

At the hearing on the Petition for Writ of Habeas Corpus and request for a TRO, Respondents agreed that Ms. Contreras de Rondon is entitled to immediate release because the arrest warrant and arrest under 8 U.S.C. § 1226 were invalid. The Court finds that Ms. Contreras de Rondon has shown a likelihood of success on the merits sufficient to justify the issuance of an injunction because Respondents are illegally detaining her under 8 U.S.C. § 1225. Ms. Contreras de Rondon would suffer irreparable injury absent relief

and the balance of equities and the public interest weigh in her favor.

Accordingly, it is **ORDERED and ADJUDGED**:

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

2. Respondents are **DIRECTED** to immediately release Ms. Contreras de Rondon.

3. The request for a temporary restraining order (Doc. 2) is **GRANTED**.

4. Respondents Louis A. Quinones, Jr.; the Warden of Broward Transitional Center, Treymane Anglin; ICE/U.S. Immigration and Customs Enforcement; the ICE Field Office Director of the Orlando Field Office; the U.S. Department of Homeland Security; and all other persons or entities acting in active concert or participation with them, are **PERMANENTLY RESTRAINED AND ENJOINED** from detaining Ms. Contreras de Rondon under 8 U.S.C. § 1225. Respondents are **TEMPORARILY RESTRAINED AND ENJOINED** from detaining Petitioner Fadya Contreras de Rondon under 8 U.S.C. § 1226 until at least **Sunday, February 22, 2026**. Should Respondents elect to detain her under that statute after that date, Respondents are **DIRECTED** to release her within ten days of her detainer unless she is provided with a bond hearing before an immigration judge within that ten-day period. If she is re-detained and released, Respondents must facilitate her transportation from the

2

detention facility by notifying her counsel of the time and place where she may be collected.

5. No security bond is required for this injunction as the Court deems it unnecessary.

6. Ms. Contreras de Rondon is **DIRECTED** to notify her counsel should her place of residence change while her immigration proceedings are ongoing.

7. The Court **RETAINS** jurisdiction to enforce the terms of this Order. If Ms. Contreras de Rondon is later detained and deprived of a timely hearing but not released as ordered herein, she may move to reopen this case without opening a new file. The Court also retains jurisdiction to consider the matter of fees and costs.

8. Respondents shall immediately deliver to Ms. Contreras de Rondon all of her property and immigration documents in its possession upon her request. All of Ms. Contreras de Rondon's personal property and immigration documents not currently located at the Immigration and Customs Enforcement (ICE) Facility at 9495 Delegates Drive Orlando, FL 32837 shall be delivered by Respondents to that ICE facility within **forty-eight hours** of this Order—before February 14, 2026, at 5:00 p.m. Ms. Contreras de Rondon or a person designated by Ms. Contreras de Rondon in writing to receive the property or

documents may make the request for return of the property before February 22, 2026, at the ICE facility located at 9495 Delegates Drive Orlando, FL 32837. ICE personnel are otherwise **ENJOINED** from removing Ms. Contreras de Rondon's personal property and immigration documents from its Delegates Drive facility. Respondents are **PROHIBITED** from re-detaining Ms. Contreras de Rondon if she personally appears at the Delegates Drive facility to retrieve her personal property and immigration documents within **ten days** from the date of this Order.

9. Once Ms. Contreras de Rondon is released from custody, Ms. Contreras de Rondon's counsel is **DIRECTED** to file a notice within 24 hours confirming release.

**DONE** and **ORDERED** on February 12, 2026 at 4:17 p.m.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Respondents