# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**FADYA CONTRERAS DE RONDON,**

**Petitioner,**

**v.** **Case No. 6:26-cv-260-JA-RMN**

**WARDEN, BROWARD TRANSITIONAL CENTER, et al.,**

**Respondents.**

---

## ORDER

The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on October 9th, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party